[No. 25339-9-II. Division Two. June 2, 2000.]

WILLIAM C. RYAN, *Appellant*, v. WASHINGTON STATE UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-02597-0, Gary Tabor, J., entered April 30, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24626-1-II. Division Two. June 2, 2000.]

OLYMPIC COAST INVESTMENTS, INC., *Appellant*, v. U.S. BANK NATIONAL ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-01663-6, Gary Tabor, J., entered March 26, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24592-2-II. Division Two. June 2, 2000.]

*In the Matter of the Personal Restraint of* LuRAY SANDLING, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.